.•

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ANTHONY TOMON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -versus- | ) | **C.A. No. 05-12539-MLW** |
| | ) | |
| ENTERGY NUCLEAR OPERATIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ASSENTED-TO MOTION BY PLAINTIFFS FOR ORDER AUTHORIZING PAYMENT TO LAURA HICKS FROM UNCLAIMED SETTLEMENT FUNDS

Upon the Declaration of James Reif, Esq. dated February 19, 2013 and for the reasons set forth therein, Plaintiffs move for an order, consented to by Entergy Nuclear Operations, Inc., authorizing payment to Laura Hicks of the sum of two hundred twenty-seven dollars and eighty-eight cents ($227.88) from settlement funds in this action unclaimed by settlement participants.

Dated: February 19, 2013

*Allowed and*
*So Ordered.*
*Wolf. D.J.*
*April 19, 2013*

Yours, etc.,

*James Reif*

James Reif (*pro hac vice*)
GLADSTEIN, REIF & MEGINNISS, LLP
817 Broadway, 6th Floor
New York, NY  10003
(212) 228-7727

Scott J. Tucker (BBO #503940)
TUCKER, HEIFETZ & SALTZMAN, LLP
100 Franklin Street, Suite 801
Boston, MA  02110
(617) 557-9696

Attorneys for Plaintiffs